THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
HOUSTON WHITE, Appellant.

Argued April 12, 1944; decided June 8, 1944.

*Robert S. Garson* for appellant.

*Frank S. Hogan, District Attorney (Stanley H. Fuld* and
*Alan J. Elliot* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY,
DESMOND and THACHER, JJ.